

FILED
DISTRICT COURT OF GUAM

SEP 27 2019



JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of Guam

Felder, Dominick Lamar
_____

*Plaintiff(s)*

**-v-**

Samantha Brennan, Director, Department of
Corrections Guam - Individual and Official Capacity

Allen P. Borja, Warden,Department of Corrections
Guam - Individual and Official Capacity

Mae M. Quitugua, Corrections Officer, Department of
Corrections Guam - Individual and Official Capacity

Antone F. Aguon, Corrections Officer, Department of
Corrections Guam - Individual and Official Capacity

Cathy M. Cruz, Corrections Officer, Department of
Corrections Guam - Individual and Official Capacity

Marceline U. Maratita, Corrections Officer,
Department of Corrections Guam - Individual and
Official Capacity
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CV-**19-00140**

MOTION FOR APPOINTMENT OF COUNSEL
CIVIL ACTION NO.

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff (or plaintiffs) moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation.

Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer.

Page of 37

ORIGINAL

Attached to this motion are

_____.


_____
Date

_____
Signature, print name below
Dominick L. Felder