

# DEPARTMENT OF CORRECTIONS
*DIPÅTTAMENTON MANGNGURIHI*
GOVERNMENT OF GUAM



October 18, 2019

**MEMORANDUM**

To:        Director of Corrections

From:      Correction Facility Superintendent, Acting

Subject:   Legal Documents
           Ref: Inmate Dominick Lamar Felder

Ma'am,

Please see the attached legal documents addressed to you for your review and disposition.

Sincerely,

Antone F. Aguon
Major

FILED
DISTRICT COURT OF GUAM
OCT 25 2019
JEANNE G. QUINATA
CLERK OF COURT

Department of Corrections
OCT 18 2019
9:36am HD
Director's Office
Received By:



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA BRENNAN, Director, Department of Corrections Guam - Individual and Official Capacity, *et al.*<br><br>Defendant. | CIVIL CASE NO. 19-00140<br><br>**ORDER**<br>re Application to Proceed Without Prepayment of Fees (ECF No. 2) |

Before the court is the Plaintiff's application to proceed without prepayment of fees (the "Application") and the Plaintiff's declaration in support of his Application. *See* ECF No. 2.

Under the Prison Litigation Reform Act, a prisoner bringing a civil action must pay the $400.00 filing fee in full. If the prisoner plaintiff is unable to pay the full filing fee at the time of filing, he must submit a motion requesting to proceed without prepayment of fees **and** a certified copy of his inmate trust fund account statement (or institutional equivalent) *for the six-month period immediately before the lawsuit was filed. See* 28 U.S.C. § 1915(b).

The Plaintiff has not filed the required certified copy of his trust account information. The court is unable to process the Application until it receives a signed Consent to the Release of Trust Account Information and to Collect Fees From Trust Account form (the "Consent Form") signed by the Plaintiff and a Certificate of Funds Prison Trust Account form (the "Certificate of Funds Form") completed and certified by the Guam Department of Corrections. Blank copies of these forms are attached to this Order.

The court hereby orders the Plaintiff to file with the court, within 30 days of the date of this Order, a completed copy of the Consent Form. The Plaintiff's failure to file the Consent Form may result in the dismissal of this action without prejudice. The court also orders the Plaintiff to provide the completed Consent Form to the Guam Department of Corrections within 30 days of the date of this Order. The Clerk of Court is ordered to send the Plaintiff two copies of the Consent Form when the Clerk's Office serves the Plaintiff with a copy of this Order.

The court hereby orders the Guam Department of Corrections to file with the court, within 30 days of receipt of the Plaintiff's Consent Form or no later than 60 days from the date of this Order, whichever occurs first, all required information regarding the Plaintiff's prisoner trust account for the six-month period immediately preceding September 27, 2019, the date of the filing of the Plaintiff's Complaint in this court. Failure of the Department of Corrections to comply with the instructions of the court will not adversely affect the Plaintiff's Complaint, but will delay its resolution. The Clerk of Court is ordered to send a copy of this Order and a Certificate of Funds Form to the Guam Department of Corrections.

Once the trust account information and the Plaintiff's Consent Form are filed with the court, the court will rule on the Plaintiff's Application and determine whether the Plaintiff has sufficient funds to pay the filing fee in one payment or in multiple payments and the amount of the initial and installment payments.

IT IS SO ORDERED.



/s/ **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
Dated: Oct 04, 2019

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAMANTHA J. BRENNAN, et al.<br><br>　　　　　　Defendants. | CIVIL CASE NO. 19-00140<br><br>**CONSENT TO THE RELEASE OF TRUST ACCOUNT INFORMATION AND TO COLLECT FEES FROM TRUST ACCOUNT** |

　　　　I, DOMINICK LAMAR FELDER, # 2922 _____, hereby consent and authorize the appropriate prison officials:

　　　　1. To forward directly to the above court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six-month period immediately preceding the filing of my Complaint/Petition and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

　　　　2. To withhold from my prison account and pay to the court an initial partial payment of 20% of the greater of:

　　　　　　(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my Complaint/Petition; or

　　　　　　(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my Complaint/Petition;

　　　　3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income credited to my account. Each time the amount in my account exceeds $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, District Court of Guam, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

　　　　By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court of Guam.

DATE: 10-17-2019 _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Plaintiff/Petitioner*

# CERTIFICATE OF FUNDS
# PRISON TRUST ACCOUNT

Prisoner's Name: DOMINICK LAMAR FELDER        Civil Case No. 19-00140

Registration #:

DATE OF FILING COMPLAINT OR PETITION: September 27, 2019

To be completed by authorized Prison Official:

BALANCE at the time of filing of the Complaint or Petition:        $ 0

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the Complaint/Petition:        $ 0

AVERAGE MONTHLY BALANCE during the six months prior to filing of the Complaint/Petition:        $ 0

I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: 10-22-19

_____
Signature of Authorized Official

**Antone F. Aguon, CFAS**
**MAJOR**
*Print or type name*

MAJOR, Acting Warden
*Title*

Please return this form directly to:    Clerk's Office, District Court of Guam
                                        520 W. Soledad Avenue
                                        Hagatna, Guam 96910

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA J. BRENNAN, et al.<br><br>Defendants. | CIVIL CASE NO. 19-00140<br><br>**CONSENT TO THE RELEASE OF TRUST ACCOUNT INFORMATION AND TO COLLECT FEES FROM TRUST ACCOUNT** |

I, DOMINICK LAMAR FELDER, # __2922_____, hereby consent and authorize the appropriate prison officials:

1. To forward directly to the above court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six-month period immediately preceding the filing of my Complaint/Petition and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

2. To withhold from my prison account and pay to the court an initial partial payment of 20% of the greater of:

   (a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my Complaint/Petition; or

   (b) the average monthly balance in my account for the six-month period immediately preceding the filing of my Complaint/Petition;

3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income credited to my account. Each time the amount in my account exceeds $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, District Court of Guam, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court of Guam.

DATE: __10·17·2019__                    _____
                                          *Signature of Plaintiff/Petitioner*

# CERTIFICATE OF FUNDS
# PRISON TRUST ACCOUNT

Prisoner's Name: DOMINICK LAMAR FELDER           Civil Case No. 19-00140

Registration #: 2922

DATE OF FILING COMPLAINT OR PETITION: September 27, 2019

To be completed by authorized Prison Official:

BALANCE at the time of filing of the Complaint or Petition:     $ -0-

AVERAGE MONTHLY DEPOSITS during the six months
prior to filing of the Complaint/Petition:                      $ -0-

AVERAGE MONTHLY BALANCE during the six months
prior to filing of the Complaint/Petition:                      $ -0-

I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: 10-22-19

_____
Signature of Authorized Official

**Antone F. Aguon**, CFAS
**MAJOR**
_____
Print or type name

Major, Acting Warden
_____
Title

Please return this form directly to:   Clerk's Office, District Court of Guam
                                       520 W. Soledad Avenue
                                       Hagatna, Guam 96910

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAMANTHA J. BRENNAN, et al.<br><br>　　　　　　Defendants. | CIVIL CASE NO. 19-00140<br><br>**CONSENT TO THE RELEASE OF TRUST ACCOUNT INFORMATION AND TO COLLECT FEES FROM TRUST ACCOUNT** |

I, DOMINICK LAMAR FELDER, # __2922_____, hereby consent and authorize the appropriate prison officials:

1. To forward directly to the above court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six-month period immediately preceding the filing of my Complaint/Petition and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

2. To withhold from my prison account and pay to the court an initial partial payment of 20% of the greater of:

　　(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my Complaint/Petition; or

　　(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my Complaint/Petition;

3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income credited to my account. Each time the amount in my account exceeds $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, District Court of Guam, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court of Guam.

DATE: 10 . 17 , 2019　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Plaintiff/Petitioner*

# CERTIFICATE OF FUNDS
# PRISON TRUST ACCOUNT

Prisoner's Name: DOMINICK LAMAR FELDER     Civil Case No. 19-00140

Registration #: 2922

DATE OF FILING COMPLAINT OR PETITION: September 27, 2019

To be completed by authorized Prison Official:

BALANCE at the time of filing of the Complaint or Petition:     $ -0-

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the Complaint/Petition:     $ -0-

AVERAGE MONTHLY BALANCE during the six months prior to filing of the Complaint/Petition:     $ -0-

I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: 10-22-19

_____
Signature of Authorized Official

Antone F. Aguon, CFAS
MAJOR
Print or type name

Major, Acting Warden
Title

Please return this form directly to:     Clerk's Office, District Court of Guam
520 W. Soledad Avenue
Hagatna, Guam 96910



GOVERNMENT OF GUAM
## DEPARTMENT OF CORRECTIONS
*DIPÅTTAMENTON MANGNGURIHI*
MANGILAO, GUAM 96913

October 22, 2019

**MEMORANDUM**

**To:** Samantha J. Brennan, Director

**Via:** Joseph S. Carbullido, Acting Deputy Director

**From:** Antone F. Aguon, Major

**Subject:** Certificate of Funds
Inmate Dominick Felder #2922

**Reference:** Prison Litigation Reform Act (PLRA)

    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, is a U.S. federal law that was enacted in 1996. Congress enacted PLRA in response to a significant increase in prisoner litigation in the federal courts; the PLRA was designed to decrease the incidence of litigation within the court system.

The PLRA requires inmates to pay court filing fees in full, however, if the inmate lack resources to pay the fees, they can request that the court waive some or all of the fees associated with their lawsuit by submitting to the court a consent form and a certificate of funds form that is completed by prison officials attesting that the inmate does not have any funds in a prisoner trust account. (see attached documents).

Since no prisoner in DOC has a trust account, the Warden would sign the documents certifying that the inmate does not have any funds in a prisoner trust account. As the Acting Warden, I do not have any issues with signing the document if need be but I will leave that decision up to you.

Submitted for your information and disposition.

ANTONE F. AGUON
MAJOR



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA BRENNAN, Director,<br>Department of Corrections Guam - Individual<br>and Official Capacity, *et al.*<br><br>Defendant. | CIVIL CASE NO. 19-00140<br><br>**ORDER**<br>re Application to Proceed Without<br>Prepayment of Fees (ECF No. 2) |

Before the court is the Plaintiff's application to proceed without prepayment of fees (the "Application") and the Plaintiff's declaration in support of his Application. *See* ECF No. 2.

Under the Prison Litigation Reform Act, a prisoner bringing a civil action must pay the $400.00 filing fee in full. If the prisoner plaintiff is unable to pay the full filing fee at the time of filing, he must submit a motion requesting to proceed without prepayment of fees **and** a certified copy of his inmate trust fund account statement (or institutional equivalent) for the six-month period immediately before the lawsuit was filed. *See* 28 U.S.C. § 1915(b).

The Plaintiff has not filed the required certified copy of his trust account information. The court is unable to process the Application until it receives a signed Consent to the Release of Trust Account Information and to Collect Fees From Trust Account form (the "Consent Form") signed by the Plaintiff and a Certificate of Funds Prison Trust Account form (the "Certificate of Funds Form") completed and certified by the Guam Department of Corrections. Blank copies of these forms are attached to this Order.

The court hereby orders the Plaintiff to file with the court, within 30 days of the date of this Order, a completed copy of the Consent Form. The Plaintiff's failure to file the Consent Form may result in the dismissal of this action without prejudice. The court also orders the Plaintiff to provide the completed Consent Form to the Guam Department of Corrections within 30 days of the date of this Order. The Clerk of Court is ordered to send the Plaintiff two copies of the Consent Form when the Clerk's Office serves the Plaintiff with a copy of this Order.

The court hereby orders the Guam Department of Corrections to file with the court, within 30 days of receipt of the Plaintiff's Consent Form or no later than 60 days from the date of this Order, whichever occurs first, all required information regarding the Plaintiff's prisoner trust account for the six-month period immediately preceding September 27, 2019, the date of the filing of the Plaintiff's Complaint in this court. Failure of the Department of Corrections to comply with the instructions of the court will not adversely affect the Plaintiff's Complaint, but will delay its resolution. The Clerk of Court is ordered to send a copy of this Order and a Certificate of Funds Form to the Guam Department of Corrections.

Once the trust account information and the Plaintiff's Consent Form are filed with the court, the court will rule on the Plaintiff's Application and determine whether the Plaintiff has sufficient funds to pay the filing fee in one payment or in multiple payments and the amount of the initial and installment payments.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 04, 2019

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA J. BRENNAN, et al.<br><br>Defendants. | CIVIL CASE NO. 19-00140<br><br>**CONSENT TO THE RELEASE OF TRUST ACCOUNT INFORMATION AND TO COLLECT FEES FROM TRUST ACCOUNT** |

I, DOMINICK LAMAR FELDER, # 2922 _____, hereby consent and authorize the appropriate prison officials:

1. To forward directly to the above court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six-month period immediately preceding the filing of my Complaint/Petition and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

2. To withhold from my prison account and pay to the court an initial partial payment of 20% of the greater of:

    (a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my Complaint/Petition; or

    (b) the average monthly balance in my account for the six-month period immediately preceding the filing of my Complaint/Petition;

3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income credited to my account. Each time the amount in my account exceeds $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, District Court of Guam, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court of Guam.

DATE: 10-17-2019

_____
*Signature of Plaintiff/Petitioner*

# CERTIFICATE OF FUNDS
# PRISON TRUST ACCOUNT

**Prisoner's Name:** DOMINICK LAMAR FELDER        Civil Case No. 19-00140

**Registration #:**

**DATE OF FILING COMPLAINT OR PETITION:** September 27, 2019

<u>To be completed by authorized Prison Official:</u>

BALANCE at the time of filing of the Complaint or Petition:        $ _____

AVERAGE MONTHLY DEPOSITS during the six months
prior to filing of the Complaint/Petition:        $ _____

AVERAGE MONTHLY BALANCE during the six months
prior to filing of the Complaint/Petition:        $ _____

I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: _____        _____
                                                          *Signature of Authorized Official*

                                                          _____
                                                          *Print or type name*

                                                          _____
                                                          *Title*

Please return this form directly to:    Clerk's Office, District Court of Guam
                                        520 W. Soledad Avenue
                                        Hagatna, Guam 96910

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA J. BRENNAN, et al.<br><br>Defendants. | CIVIL CASE NO. 19-00140<br><br>**CONSENT TO THE RELEASE OF TRUST ACCOUNT INFORMATION AND TO COLLECT FEES FROM TRUST ACCOUNT** |

I, DOMINICK LAMAR FELDER, # 2922 _____, hereby consent and authorize the appropriate prison officials:

1. To forward directly to the above court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six-month period immediately preceding the filing of my Complaint/Petition and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

2. To withhold from my prison account and pay to the court an initial partial payment of 20% of the greater of:

   (a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my Complaint/Petition; or

   (b) the average monthly balance in my account for the six-month period immediately preceding the filing of my Complaint/Petition;

3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income credited to my account. Each time the amount in my account exceeds $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, District Court of Guam, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court of Guam.

DATE: 10-17-2019                             _____
                                              *Signature of Plaintiff/Petitioner*

# CERTIFICATE OF FUNDS
# PRISON TRUST ACCOUNT

Prisoner's Name: DOMINICK LAMAR FELDER  Civil Case No. 19-00140

Registration #: 2922

DATE OF FILING COMPLAINT OR PETITION: September 27, 2019

To be completed by authorized Prison Official:

BALANCE at the time of filing of the Complaint or Petition:  $ -0-

AVERAGE MONTHLY DEPOSITS during the six months
prior to filing of the Complaint/Petition:  $ -0-

AVERAGE MONTHLY BALANCE during the six months
prior to filing of the Complaint/Petition:  $ -0-

I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: _____

_____
*Signature of Authorized Official*

_____
*Print or type name*

_____
*Title*

Please return this form directly to: Clerk's Office, District Court of Guam
520 W. Soledad Avenue
Hagatna, Guam 96910

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| DOMINICK LAMAR FELDER, <br><br> Plaintiff, <br><br> vs. <br><br> SAMANTHA J. BRENNAN, et al. <br><br> Defendants. | CIVIL CASE NO. 19-00140 <br><br> CONSENT TO THE RELEASE OF TRUST ACCOUNT INFORMATION AND TO COLLECT FEES FROM TRUST ACCOUNT |

I, DOMINICK LAMAR FELDER, # 2922 _____, hereby consent and authorize the appropriate prison officials:

1. To forward directly to the above court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six-month period immediately preceding the filing of my Complaint/Petition and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

2. To withhold from my prison account and pay to the court an initial partial payment of 20% of the greater of:

   (a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my Complaint/Petition; or

   (b) the average monthly balance in my account for the six-month period immediately preceding the filing of my Complaint/Petition;

3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income credited to my account. Each time the amount in my account exceeds $10.00, the Trust Officer shall forward the interim payment to the Clerk's Office, District Court of Guam, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court of Guam.

DATE: 10 · 17 , 2019

_____
Signature of Plaintiff/Petitioner

# CERTIFICATE OF FUNDS
# PRISON TRUST ACCOUNT

Prisoner's Name: DOMINICK LAMAR FELDER                Civil Case No. 19-00140

Registration #: 2922

DATE OF FILING COMPLAINT OR PETITION: September 27, 2019

To be completed by authorized Prison Official:

BALANCE at the time of filing of the Complaint or Petition:           $ — 0 —

AVERAGE MONTHLY DEPOSITS during the six months
prior to filing of the Complaint/Petition:                             $ — 0 —

AVERAGE MONTHLY BALANCE during the six months
prior to filing of the Complaint/Petition:                             $ — 0 —

I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: _____          _____
                                          *Signature of Authorized Official*

                                          _____
                                          *Print or type name*

                                          _____
                                          *Title*

Please return this form directly to:      Clerk's Office, District Court of Guam
                                          520 W. Soledad Avenue
                                          Hagatna, Guam 96910